IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,                           No. C 06-1963 CRB

         Plaintiff,                **ORDER OF DISMISSAL**

   v.

VETERANS AFFAIRS NORTHERN
CALIFORNIA HEALTH CARE.

        Defendants.
_____/

Now before the Court is plaintiff's application to proceed *in forma pauperis* ("IFP"). A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). Plaintiff has submitted the required documentation, and it is apparent from her application that her assets and income are insufficient to enable plaintiff to prosecute the action.

Viewing plaintiff's application in isolation, it appears that she should be allowed to proceed IFP. A court is under a continuing duty, however, to dismiss a case whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i) -- (iii).

This is the third lawsuit plaintiff has filed against defendant within the past four months regarding the same underlying course of events and allegations.  See <u>Wade v. Veterans Affairs Northern California Health Care</u>, No. C. 05-4960 CRB, <u>Wade v. Veterans Affairs Northern California Health Care</u>, No. C. 05-5361 CRB.  The previous two were dismissed–either with plaintiff's consent or without his opposition–for lack of jurisdiction because plaintiff had not exhausted his administrative remedies pursuant to the Federal Tort Claims Act.  <u>See</u> 28 U.S.C. § 2675(a) (requiring a putative plaintiff under the FTCA to file the claim with the relevant federal agency and allow for up to six months for a final decision before filing a lawsuit).  Although plaintiff's Complaint addresses events that occurred in December, the government represented to the Court that plaintiff filed a claim with the appropriate federal agency on October 31, 2006.  Therefore, plaintiff must wait until *at least* April 30, 2006, before filing a lawsuit in this court concerning these underlying facts and allegations.  Accordingly, this matter is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 3, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1963\order of dismissal.wpd 2